440 F.2d 1067
 UNITED STATES of America, Plaintiff-Appellee,
v.
Homer Lee NORTON, Defendant-Appellant.
 No. 31096
Summary Calendar.*
 United States Court of Appeals,
Fifth Circuit.
 March 26, 1971.
 
 Joseph V. Canto, court appointed, Gainesville, Fla., for defendant-appellant.
 William Stafford, U. S. Atty., Clinton Ashmore, Asst. U. S. Atty., Tallahassee, Fla., for plaintiff-appellee.
 Before BELL, AINSWORTH and GODBOLD, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 *
 Rule 18, 5 Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966